BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER FRY, | ) |
| | ) Case No. 1:13-cv-00554 LJO/BAM |
| Plaintiff, | ) |
| | ) STIPULATION FOR DISMISSAL; |
| v. | ) ORDER |
| | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE and SCOTT JAMES McCORMICK, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to the terms of a written Settlement and Release Agreement well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  August 26, 2013              BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY


                                     /s/Alyson A. Berg
                                     ALYSON A. BERG
                                     Assistant United States Attorney
                                     Attorney for Defendant United States

///

///

---

STIPULATION FOR DISMISSAL; ORDER                                         1

1 | Dated:  August 23, 2013                              NUTTALL & COLEMAN

/s/Mark W. Coleman
Mark W. Coleman
Attorneys for Plaintiff Heather Fry

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:    **August 26, 2013**                    **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE