BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER FRY, | ) |
| | ) Case No. 1:13-cv-00554 LJO/BAM |
| Plaintiff, | ) |
| | ) STIPULATION FOR DISMISSAL; |
| v. | ) ORDER |
| | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE and SCOTT JAMES McCORMICK, | ) |
| | ) |
| Defendants. | ) |

Pursuant to the terms of a written Settlement and Release Agreement well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 26, 2013           BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY


                                 /s/Alyson A. Berg
                                 ALYSON A. BERG
                                 Assistant United States Attorney
                                 Attorney for Defendant United States

///

///

Dated:  August 23, 2013         NUTTALL & COLEMAN

/s/Mark W. Coleman
Mark W. Coleman
Attorneys for Plaintiff Heather Fry

### ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   **August 26, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE